Scott L. Johnson
MATIASIC & JOHNSON, LLP
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Phone (415) 675-1089
Johnson@mjlawoffice.com
Attorneys for Plaintiff Sean Mace

J. PATRICK GLYNN
Director, Torts Branch
BRIDGET BAILEY LIPSCOMB
Assistant Director
MICHELE S. GREIF
GEOFFRY C. COOK
Trial Attorneys
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Torts Branch
P.O. Box 340
Washington, DC 20044
Phone: (202) 353-2492
michele.greif@usdoj.gov
Attorneys for Defendant United States

Craig D. Trippel
LAW OFFICES OF JOHN A. BIARD
1070 White Rock Road, Suite 200
Rancho Cordova, CA 95670
Phone (916) 638-6620
ctrippel@travelers.com
Attorneys for Defendant The F.A. Bartlett Tree Expert Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAN J. MACE, | ) CASE NO. C 15-04060 LB |
| Plaintiff, | ) |
| v. | ) **JOINT STIPULATION TO EXTEND THE DEADLINE FOR PERFORMING INDEPENDENT MEDICAL EXAMINATION** |
| UNITED STATES OF AMERICA; THE F.A. BARTLETT TREE EXPERT COMPANY; and DOES 1-50 inclusive, | ) |
| Defendants. | ) |

The parties recognize that the outcome of dispositive motions potentially obviates the need for further damages discovery. The United States has conducted two independent medical exams to date, but defendants may seek another exam, pending the outcome of dispositive motions. Pursuant to the July 25, 2016 Scheduling Order, the deadline for filing dispositive motions is January 19, 2017, and the deadlines for damages expert disclosures are March 9, 2017 (Plaintiffs) and March 16, 2017 (Defendants). The parties agree to postpone the December 6, 2016 deadline for conducting a neuro-psychological independent medical examination until after dispositive motions are completed, to avoid unnecessary examination of Plaintiff. The Plaintiff is not waiving his right to object to this IME.

**STIPULATED TO BY**

DATED: December 2, 2016    */s/ Scott L. Johnson*
SCOTT L. JOHNSON
On Behalf of Plaintiff Sean J. Mace

DATED: December 2, 2016    */s/ Michele S. Greif*
MICHELE S. GREIF
On Behalf of Defendant United States

DATED: December 2, 2016    */s/ Craig D. Trippel*
CRAIG D. TRIPPEL
On Behalf of Defendant Bartlett Tree Expert Co

1
2  PURSUANT TO STIPULATION, IT IS
3  **SO ORDERED**
4
5
6     **SO ORDERED**
7                                    _____
                                     UNITED STATES MAGISTRATE JUDGE
8
9     This 5th day of December, 2016
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION TO EXTEND IME DEADLINE                                    - 3 -
Case No. C 15-04060 LB