Scott L. Johnson
MATIASIC & JOHNSON, LLP
44 Montgomery Street, Suite 3850
San Francisco, CA  94104
Phone (415) 675-1089
johnson@mjlawoffice.com
Attorneys for Plaintiff Sean J. Mace

J. PATRICK GLYNN
Director, Torts Branch
BRIDGET BAILEY LIPSCOMB
Assistant Director
MICHELE S. GREIF
GEOFFRY C. COOK
Trial Attorneys
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Torts Branch
P.O. Box 340
Washington, DC  20044
Phone: (202) 353-2492
michele.greif@usdoj.gov
Attorneys for Defendant The United States of America

Craig D. Trippel
LAW OFFICES OF JOHN A. BIARD
1070 White Rock Road, Suite 200
Rancho Cordova, CA  95670
Phone (916) 638-6620
ctrippel@travelers.com
Attorneys for Defendant The F.A. Bartlett Tree Expert Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SEAN J. MACE,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA; THE F.A. BARTLETT TREE EXPERT COMPANY; and DOES 1-50 inclusive,<br><br>          Defendants. | CASE NO. C 15-04060 LB<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Stipulation For Dismissal of Entire Action            - 1 -
Case No. C 15-04060 LB

1  WHERAS this is an action filed by Plaintiff SEAN J. MACE against Defendant THE UNITED
2  STATES OF AMERICA and Defendant THE F.A. BARTLETT TREE EXPERT COMPANY for
3  personal injuries;
4  WHEREAS Plaintiff SEAN J. MACE, Defendant THE UNITED STATES OF AMERICA, and
5  Defendant THE F.A. BARTLETT TREE EXPERT COMPANY have reached a compromise and global
6  settlement of all claims asserted in this action;
7  NOW, THEREFORE, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the
8  parties to the above-captioned matter hereby stipulate and agree to the DISMISSAL, WITH
9  PREJUDICE, of the entire action and all claims.

Respectfully submitted,

DATED:  October 16, 2017           */s/ Scott L. Johnson*
                                   SCOTT L. JOHNON
                                   Attorneys for Plaintiff Sean J. Mace


DATED: October 16, 2017            */s/ Michele S. Greif*
                                   MICHELE S. GREIF
                                   GEOFFREY C. COOK
                                   Attorneys for Defendant United States of America


DATED:  October 16, 2017           */s/ Craig D. Trippel*
                                   CRAIG D. TRIPPEL
                                   Attorneys for Defendant The F.A. Bartlett
                                   Tree Expert Company

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing document, STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE, was served electronically on October 16, 2017, to all counsel of record through the Court's electronic Filing system.

*/s/ Scott L. Johnson*
Scott L. Johnson